# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK RIVERS,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 25-0022-KD-MU |
| **RICHARD STRINGER,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.[1]

**DONE** this **10th** day of **June**, **2025.**

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff Rivers was warned that if he did not pay the filing fee, file a motion to proceed without prepayment or advise the Court of a change in address that this action would be dismissed without prejudice for failure to prosecute and follow the Court's order. (Doc. 3). The Report and Recommendation was mailed to his last known address but was returned as undeliverable. (Doc. 5). Rivers did not pay the filing fee, file a motion to proceed without prepayment or provide the Court with a current address, so he has failed to comply with the Court's order.