### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK RIVERS,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 25-0022-KD-MU |
| **RICHARD STRINGER,** *et al.*, | ) |
| Defendants. | ) |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE** this **10th** day of **June**, **2025.**

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE